DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

DAVID ISIAH EPPS,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D21-1386

_____

September 3, 2021

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit
Court for Pinellas County; Philip J. Federico, Judge.

David Isiah Epps, pro se.

PER CURIAM.

    Affirmed.  *See Epps v. State*, 269 So. 3d 544 (Fla. 2d DCA

2019) (table decision); *Epps v. State*, 100 So. 3d 689 (Fla. 2d DCA

2012) (table decision); *Epps v. State*, 75 So. 3d 1254 (Fla. 2d DCA

2011) (table decision); *Epps v. State*, 976 So. 2d 1104 (Fla. 2d DCA

2008) (table decision); *Bloodworth v. State*, 504 So. 2d 495 (Fla. 1st DCA 1987).

BLACK, SLEET, and LABRIT, JJ., Concur.

_____

Opinion subject to revision prior to official publication.